Kelly Trussell, #23161
SLOAN, EISENBARTH, GLASSMAN,
McENTIRE & JARBOE, L.L.C.
534 S. Kansas Ave., Suite 1000
Topeka, KS  66603-3456
(785) 357-6311
(785) 357-0152 (Fax)
ktrussell@sloanlawfirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LANE ERIN KRAFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-4148-SAC-ADM |
| ) | |
| UNDERGROUND VAULTS & ) | |
| STORAGE, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal of this action with prejudice together with all the issues and controversies that were raised or could have been raised therein.  Each party shall bear her or its own costs, attorney's fees, and expenses.

Respectfully Submitted,

SLOAN, EISENBARTH, GLASSMAN
McENTIRE & JARBOE, L.L.C.

By:  */s/ Kelly J. Trussell*
Kelly J. Trussell, KS Bar No. 23161
ktrussell@sloanlawfirm.com
534 S. Kansas Avenue
Topeka, KS 66603
VOICE (785) 357-6311
FAX (785) 357-0152
**Attorneys for Plaintiff**

1

                                        MARTINDELL SWEARER SHAFFER
                                        RIDENOUR LLP

                                        By:   */s/ Carole K. DeWald*
                                        Carole K. DeWald, KS Bar No. 15105
                                        carole.dewald@martindell.com
                                        Adam M. Teel, KS Bar No. 27599
                                        adam.teel@martindell.com
                                        20 Compound Drive
                                        Hutchinson, KS 67502-4300
                                        VOICE (620) 662 3331
                                        FAX (620) 662 9978
                                        **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of March, 2020, the foregoing document was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Carole K. DeWald
    Adam M. Teel
    MARTINDELL SWEARER SHAFFER RIDENOUR LLP
    20 Compound Drive
    Hutchinson, KS 67502-4300
    carole.dewald@martindell.com
    adam.teel@martindell.com
    **Attorneys for Defendant**

                                          By:  */s/ Kelly J. Trussell*
                                          Kelly J. Trussell, KS Bar No. 23161